AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JAMES W. FOLEY, III,

          Plaintiff,

          v.

MAGGIE MILLER-STOUT, DAN PACHOLKE,
TOM ORTH, MICHAEL WATKINS, and
DEPARTMENT OF CORRECTIONS,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-13-0002-RMP

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  this action is DISMISSED WITHOUT PREJUDICE.

May 29, 2013
*Date*

SEAN F. McAVOY
*Clerk*
  s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia